IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:16MC38 |
| | ) | |
| JOEL WHITCOMB, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

Pursuant to the August 4, 2016, Order to Show Cause, this matter came before the undersigned United States Magistrate Judge for a Show Cause Hearing on September 20, 2016, on the Petition of the United States of America, on behalf of the Internal Revenue Service (the "IRS"), under the authority of 26 U.S.C. §§ 7402(b) and 7604(a), to judicially enforce an IRS Summons issued to Respondent Joel Whitcomb on January 14, 2016 (the "Summons"). Nathan Strup, Assistant United States Attorney, appeared on behalf of the Petitioner, United States of America. Respondent Whitcomb was not present at the hearing.

Along with the Petition, the United States tendered the Declaration of Revenue Officer K.S. Sheppard who is a Revenue Officer of the IRS, employed in the Small Business/Self-Employed Division of the IRS, and is authorized to issue IRS summonses pursuant to the authority contained in 26 U.S.C. § 7602, and Treasury Regulations, 26 C.F.R. § 301.7602-1.

1

Upon entering its August 4, 2016 Order to Show Cause, the Court found, based upon the Petition and Sheppard Declaration, that the United States had made a *prima facie* showing that:

1) An investigation is being conducted by Revenue Officer Sheppard pursuant to a legitimate purpose; specifically that the summons was issued for the legitimate purpose of investigating the federal income tax liability of Respondent Whitcomb for the calendar year ending December 31, 2010, as set forth in the Declaration of Revenue Officer Sheppard attached to the Petition;

2) The inquiry made is relevant to the legitimate purpose;

3) The information sought is not already within the IRS's possession; and

4) The administrative steps required by the Code have been followed. *See United States v. Powell*, 379 U.S. 48, 57-58 (1964); *Alphin v. United States*, 809 F.2d 236, 238 (4th Cir. 1987).

The Court also found in the August 4, 2016 Order to Show Cause that the burden of coming forward and opposing enforcement of the Summons had shifted to Respondent, ordered Respondent to appear for the Show Cause Hearing on September 20, 2016, and further ordered Respondent to present any defenses or opposition to the Petition in writing to be filed with the Clerk and served on counsel for the United States at least 21 days prior to the Show Cause Hearing. (Docket Entry 2.)

On August 22, 2016, Revenue Officer Sheppard personally served Respondent with copies of the Petition, with exhibits, and the Order to Show Cause by leaving said copies at Respondent's usual place of abode, located at 8928 Vickery Lane, Harrisburg, North Carolina

28075, with Nicole Whitcomb, who is of suitable age and discretion and who resides there. (*See* Docket Entry 3.) Respondent did not file any response to the Petition, nor did Respondent appear at the Show Cause Hearing. AUSA Strup informed the Court that Respondent had not complied with the Summons and requested entry of a Recommendation that the Court enter an Order granting the Petition and compelling Respondent to fully comply with the Summons.

There is no Department of Justice referral in effect with respect to the Respondent under investigation, as that term is defined in Title 26 U.S.C. § 7602(d).

Based on these determinations, this Court recommends that the Petition by the United States of America be granted and that Respondent Whitcomb be ordered to appear, testify, and produce for examination the books, papers, records or other data as provided in the Summons.

**IT IS THEREFORE RECOMMENDED** that the Petition (Docket Entry 1) be **GRANTED** and that an Order be entered compelling Respondent Joel Whitcomb to obey the Internal Revenue Service Summons served on him on January 14, 2016, by testifying and producing to IRS Revenue Officer K.S. Sheppard, or any other person designated by the IRS, all books, records, papers, and other data that are demanded by the summons and that are in his possession, custody, or control, within 14 days from the date on which the Enforcement Order is entered, and to contact Revenue Officer Sheppard, or any other person designated by the IRS, within that time period, to make arrangements for such compliance.

**IT IS FURTHER ORDERED** that the United States Marshal for this District serve a copy of this Order personally upon Joel Whitcomb, within 14 days of the date of this Order and Recommendation.

This, the 28th day of September, 2016.

_____
Joe L. Webster
United States Magistrate Judge

4